# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 16-1104                                          September Term, 2015

USTC-24511-15L

Filed On: March 31, 2016 [1606456]

James Michael Ramalho,

    Appellant

    v.

Commissioner of Internal Revenue Service,

    Appellee

## O R D E R

The notice of appeal in this case was filed and docketed on March 30, 2016, and assigned the above number. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 2, 2016 |
| Docketing Statement Form | May 2, 2016 |
| Procedural motions, if any | May 2, 2016 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 2, 2016 |
| Statement of Issues to be Raised | May 2, 2016 |
| Underlying Decision from Which Appeal or Petition Arises | May 2, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | May 16, 2016 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1104**                                            **September Term, 2015**

It is

      **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | May 2, 2016 |
| Procedural motions, if any | May 2, 2016 |
| Certified Index to the Record | May 16, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | May 16, 2016 |

It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

      The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
    Agency Docketing Statement Form
    Entry of Appearance Form
    Memorandum Concerning Self-Representation