# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1104**  **September Term, 2015**

USTC-24511-15L

Filed On: April 1, 2016 [1606855]

James Michael Ramalho,

    Appellant

  v.

Commissioner of Internal Revenue Service,

    Appellee

### O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk note the docket to reflect this case is terminated as having been opened in error.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Scott Atchue
Deputy Clerk